UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:02-00053 |
| | ) | JUDGE CAMPBELL |
| KENNETH B. KIMBALL | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For An Order Directing The Clerk's Office/Official Court Reporter, To Provide Movant With A Copy Of The Audio Recordings From The Jury Trial (Docket No. 837). Through the Motion, the Defendant indicates that he believes there are errors in the transcript of the first three days of his jury trial, and requests a copy of the audio tapes of those proceedings so he may "fully investigate this matter."

The Defendant was tried over ten years ago. (Docket Nos. 388). He appealed his convictions and sentence, and the judgment was affirmed by the Sixth Circuit. (Docket No. 770). The Defendant also filed a motion in a separate action under 28 U.S.C. § 2255 (Case No. 3:10-00730), which was denied, and that denial has also been affirmed. (Docket Nos. 46, 47, 51). The Defendant has no litigation currently pending for which he seeks the audio tapes. Accordingly, the Motion is DENIED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE